# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 20, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60027   Citizens for Clean Air v. TRAN
                      Agency No. MARAD-2019-0011

The court has granted an extension of time to and including March 30, 2023, to file Administrative Record in this case.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Majella A. Sutton, Deputy Clerk
                                      504-310-7680

Ms. Devorah Ancel
Mr. James T. Banks
Ms. Melissa Bert
Mr. Michael Lawrence Brown
Ms. Amy Catherine Dinn
Ms. Linda L. Fagan
Ms. Erin Laurel Gaines
Mr. Paul Maitland Geier
Ms. Rebecca McCreary
Ms. Lauren Parker
Ms. Ann C. Phillps
Mr. Jason Craig Rylander
Mr. Richard V. Timme
Mr. Brian C. Toth