# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-60027   Citizens for Clean Air v. TRAN
                      Agency No. MARAD-2019-0011

The court has granted in part an extension of time to and including July 10, 2023, for filing respondents' brief in this case for Pete Buttigieg, Secretary, U.S. Department of Transportation, Linda L. Fagan, Ann Phillips, United States Coast Guard, United States Department of Transportation and United States Maritime Administration in this case.

The court has denied as moot the motion to extend time to file reply brief in this case in light of there is no due date for the reply brief in this case.

The respondent's brief for Richard V. Timme is due June 9, 2023.

                                            Sincerely,

                                           LYLE W. CAYCE, Clerk

                                           By: _____
                                           Majella A. Sutton, Deputy Clerk
                                           504-310-7680

Ms. Devorah Ancel
Mr. James T. Banks
Ms. Melissa Bert
Mr. Michael Lawrence Brown
Ms. Amy Catherine Dinn
Ms. Linda L. Fagan
Ms. Erin Laurel Gaines
Mr. Paul Maitland Geier
Mr. Sean Michael Marotta
Ms. Rebecca McCreary
Ms. Lauren Parker
Mr. Ezekiel Peterson
Ms. Ann C. Phillps
Ms. Joanne Rotondi
Mr. Jason Craig Rylander
Ms. Catherine Emily Stetson

Mr. Richard V. Timme
Mr. Brian C. Toth