No. 23-60027

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CITIZENS FOR CLEAN AIR & CLEAN WATER IN BRAZORIA COUNTY;
TEXAS CAMPAIGN FOR THE ENVIRONMENT; CENTER FOR
BIOLOGICAL DIVERSITY; TURTLE ISLAND RESTORATION NETWORK;
SIERRA CLUB,
*Petitioners*,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; PETE
BUTTIGIEG, in his official capacity as Secretary of the U.S. Department of
Transportation; UNITED STATES COAST GUARD, an agency of the U.S.
Department of Homeland Security; RICHARD V. TIMME; UNITED STATES
MARITIME ADMINISTRATION, an agency of the U.S. Department of
Transportation; ANN PHILLIPS, in her official capacity as Administrator of the
U.S. Maritime Administration, LINDA L. FAGAN, in her official capacity as
Commandant of the U.S. Coast Guard,
*Respondents*.

On Petition for Review of an Order of the Maritime Administration

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ANSWERING BRIEF**

SUBMITTED BY:

TODD KIM
*Assistant Attorney General*
JUSTIN HEMINGER
EZEKIEL A. PETERSON
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7415
Washington, DC, 20044
(202) 598-6399
ezekiel.a.peterson@usdoj.gov
*Counsel for Respondents*

Under Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Respondents respectfully move for an extension of time to file Respondent Richard V. Timme's answering brief from June 9, 2023 to July 10, 2023. For the reasons explained below, good cause exists for an extension of time.

1.	This case concerns a challenge to the U.S. Maritime Administration and the U.S. Coast Guard's approval of a license application under the Deepwater Port Act. Petitioners filed their petition for review on January 19, 2023. Petitioners filed their opening brief on May 10, 2023.

2.	On May 8, 2023 Respondents' lead counsel, an attorney with the U.S. Department of Justice, filed an appearance form. Respondents' lead counsel represents all of the respondents, including all of the federal agencies and all of the officials sued in their official capacity and intended to list all of those parties on the appearance form. But he mistakenly omitted the name of one respondent: Rear Admiral Richard V. Timme, sued in his official capacity.

3.	The U.S. Department of Justice represents Rear Admiral Timme in this case. Respondents' counsel intends to file one combined answering brief for all of the respondents.

4.	On June 6, 2023, the Court issued an order granting-in-part the parties' joint motion for an extension of time to file an answering and reply brief.

The Court extended the deadline to file an answering brief to July 10, 2023 for all of Respondents except Rear Admiral Timme.

5. Good cause exists to grant this motion even though the deadline for Rear Admiral Timme's answering brief is currently June 9, 2023. Respondents believed that they were filing a motion to extend the deadline for every Respondents' answering brief when they filed the joint motion for an extension on June 1, 2023. When Respondents' counsel discovered that Rear Admiral Timme's deadline to file an answering brief had not been extended, he immediately contacted the clerk's office and sought to file an entry of appearance and this motion.

6. The Petitioners and Intervenors support this motion. There is no potential prejudice to the other parties because all the respondents except for Rear Admiral Timme have been granted an extension to file an answering brief to July 10, 2023.

7. This extension is sought in the interest of justice and not for delay. Because all the respondents except for Rear Admiral Timme have been granted an extension to file an answering brief to July 10, 2023, granting the same extension to Rear Admiral Timme will not delay resolution of the case. Granting this extension will allow counsel to prepare thorough briefs that help the Court to resolve this case.

For these reasons, Respondents respectfully request that the Court set new deadline for the Respondent Richard V. Timme's answering brief to be due July 10th, 2023.

Dated: June 6, 2023.

                                      Respectfully submitted,

                                      /s/ *Ezekiel A. Peterson*
                                      TODD KIM
                                      *Assistant Attorney General*
                                      JUSTIN HEMINGER
                                      EZEKIEL A. PETERSON
                                      *Attorneys*
                                      Environment and Natural Resources Division
                                      U.S. Department of Justice
                                      P.O. Box 7415
                                      Washington, DC, 20044
                                      (202) 598-6399
                                      ezekiel.a.peterson@usdoj.gov
                                      *Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 469 words.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

3. This document has been scanned for viruses with the most recent version of a commercial virus scanning program, Windows Defender Antivirus Version 1.391.146.0 (updated June 1, 2023), and according to the program is free of viruses

/s/ *Ezekiel A. Peterson*  
EZEKIEL A. PETERSON

Counsel for Respondents