September 12, 2023

VIA ELECTRONIC FILING

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re: *Citizens for Clean Air v. DOT*, Case No. 23-60027

Dear Mr. Cayce:

      Under FRAP 28(j), Citizens for Clean Air Petitioners submit this letter to advise the Court of the D.C. Circuit's pertinent and significant decision in *Eagle County v. Surface Transp. Bd.,* No. 22-1019, 2023 WL 5313815 (D.C. Cir. Aug. 18, 2023). Petitioners in *Eagle County* challenged the Surface Transportation Board's (STB) license for a new crude-by-rail project, analogously raising the agency's failure to comply with the National Environmental Policy Act (NEPA) and licensing law. The court vacated STB's decision on grounds closely related to our below-listed arguments:

1) *Oil Spill Impacts*: As we argue,[1] the Court held STB failed to take the "hard look" NEPA requires, improperly relying on inadequate risk data and generalizations about spills and other accidents and their environmental consequences. *Eagle Cnty.*, at *17–19.

2) *Licensing*: As we argue,[2] the Court invalidated STB's license decision, for "cursory" analysis of licensing criteria. *Eagle Cnty.*, at *26–28.

3) *Alternatives*: As relevant to the no-action alternative,[3] the Court held STB failed to "forecast[]," "quantify and consider" harm from raising oil-transport capacity. *Eagle Cnty.*, at *13-15. As relevant to a smaller alternative,[4] the Court found STB arbitrarily dismissed market data showing diminished need for the project. *See id.* at *25-26.

---

[1] *See* Opening Br. 24–36; Reply Br. 5–11.
[2] *See* Opening Br. 57–60; Reply Br. 26–28.
[3] *See* Opening Br. 48–52; Reply Br. 20–23.
[4] *See* Opening Br. 45–46; Reply Br. 18.

4) *Standing*: The Court found Petitioners had Article III standing related to spills and accidental release injuries, *Eagle Cnty.*, at *5–8, which are among the many cognizable injuries we assert.[5]

5) *Vacatur*: The Court vacated the record of decision, applying the same standard we describe in our briefs.[6] *Eagle Cnty.*, at *28–29.

                                              Respectfully submitted,

                                              /s/ Devorah Ancel
                                              Devorah Ancel (TX24111073)
                                              P.O. Box 4998
                                              Austin, TX 78731
                                              Telephone: (303) 449-5595
                                              devorah.ancel@gmail.com

                                              *Counsel for Petitioners*

---

[5] *See* Opening Br. 20–24; Reply Br. 2–5.
[6] *See* Opening Br. 60; Reply Br. 29–30.

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023 a true and correct copy of the foregoing Rule 28(j) letter was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will send notification of said filing to the attorneys of the record who have consented to electronic service.

*/s/ Devorah Ancel*
Devorah Ancel